UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

-vs-                                          CASE NO. 2:12-cr-140-MEF

DEATRICE SMITH WILLIAMS

## VERDICT FORM

1. We, the Jury, find the Defendant Deatrice Smith Williams:

   _____ Not Guilty
   \_\_\_✓\_\_\_\_ Guilty

   of the offense of Conspiracy to Defraud the Government with Respect to Claims as charged in Count One of the Superseding Indictment.

2. We, the Jury, find the Defendant Deatrice Smith Williams:

   _____ Not Guilty
   \_\_\_✓\_\_\_\_ Guilty

   of the offense of Wire Fraud as charged in Count Eight of the Superseding Indictment.

3. We, the Jury, find the Defendant Deatrice Smith Williams:

    _____ Not Guilty
    \_\_\_✓\_\_\_\_\_ Guilty

    of the offense of Wire Fraud as charged in Count Nine of the Superseding Indictment.

4. We, the Jury, find the Defendant Deatrice Smith Williams:

    _____ Not Guilty
    \_\_\_✓\_\_\_\_\_ Guilty

    of the offense of Wire Fraud as charged in Count Ten of the Superseding Indictment.

5. We, the Jury, find the Defendant Deatrice Smith Williams:

    _____ Not Guilty
    \_\_\_✓\_\_\_\_\_ Guilty

    of the offense of Aggravated Identity Theft as charged in Count Eleven of the Superseding Indictment.

6. We, the Jury, find the Defendant Deatrice Smith Williams:

    \_\_\_✓\_\_\_\_\_ Not Guilty
    _____ Guilty

    of the offense of Aggravated Identity Theft as charged in Count Twelve of the Superseding Indictment.

7.   We, the Jury, find the Defendant Deatrice Smith Williams:

　　　　_____   Not Guilty
　　　　\_\_\_\_✓\_\_\_\_   Guilty

of the offense of Aggravated Identity Theft as charged in Count Thirteen of the Superseding Indictment.

SO SAY WE ALL, this the 1st day of July ~~June~~, 2013.

　　　　　　　　　　　　　　　_/s/ [signature]_
　　　　　　　　　　　　　　　Foreperson